# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 22, 2023

Mr. Parker Andrew Rider-Longmaid, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, D.C. 20005

Mr. Judd Edward Stone, II, Esq.
Texas Attorney General's Office
P.O. Box 12548 (MC 059)
Austin, TX 78701



> Re: **Rodney Reed**
>    **v. Bryan Goertz**
>    **No. 21-442**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | $1,222.50 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $1,522.50 |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk– Judgments

cc: Clerk, U.S. Court of Appeals for the Fifth Circuit
    (Your docket No. 19-70022)

# Supreme Court of the United States

No. 21-442

RODNEY REED,

Petitioner

v.

BRYAN GOERTZ

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs.

**IT IS FURTHER ORDERED** that the petitioner, Rodney Reed, recover from Bryan Goertz, One Thousand Five Hundred Twenty-two Dollars and Fifty Cents ($1,522.50) for costs herein expended.

April 19, 2023

| | |
|---|---|
| Printing of joint appendix: | $1,222.50 |
| Clerk's costs: | $300.00 |
| Total: | $1,522.50 |

SCOTT S. HARRIS
Clerk of the Supreme Court of the United States