# United States Court of Appeals for the Fifth Circuit

---

No. 19-70022

---

Rodney Reed,

*Plaintiff—Appellant,*

versus

Bryan Goertz, *Bastrop County District Attorney*; Steve McCraw, *Texas Department of Public Safety*; Sara Loucks, *Bastrop County District Clerk*; Maurice Cook, *Bastrop County Sheriff*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-794

---

UNPUBLISHED ORDER

Before Jones, Elrod, and Higginson, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellant's opposed motion for leave to file a supplemental brief up to 8,000 words within 40 days from the Supreme Court's issuance of a certified copy of the judgment, that Goertz submit a supplemental brief up to 8,000 words within 30 days of the filing of Mr. Reed's supplemental brief; and that Mr. Reed submit a supplemental reply brief of up to 4,000 words within 21 days is GRANTED.

No. 19-70022

IT IS FURTHER ORDERED that Appellant's request for oral argument is CARRIED WITH THE CASE.