No. 19-70022

IN THE

# United States Court of Appeals for the Fifth Circuit

RODNEY REED,
*Plaintiff–Appellant,*

v.

BRYAN GOERTZ, Bastrop County District Attorney;
STEVE MCCRAW, Texas Department of Public Safety;
SARA LOUCKS, Bastrop County District Clerk;
MAURICE COOK, Bastrop County Sheriff,
*Defendants–Appellees.*

On Appeal from the United States District Court
for the Western District of Texas, Austin Division,
Cause No. 1:19-CV-0794-LY

## DEFENDANT–APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING

ANGELA COLMENERO
Provisional Attorney General of
Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

MATTHEW OTTOWAY
Assistant Attorney General
*Counsel of Record*

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
matthew.ottoway@oag.texas.gov

*Counsel for Defendant–Appellee Goertz*

**DEFENDANT–APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**

Defendant–Appellee, Bastrop County District Attorney Bryan Goertz, respectfully requests an extension of thirty days to the present deadline for filing his responsive supplemental briefing in this Section 1983 case. If requested, the supplemental brief will be due on September 1, 2023. Goertz has not previously asked for an extension of time in this case, and the present request is not sought for any improper purpose, including harassment or unnecessary delay. As reflected in the certificate of conference, this extension request is not opposed. In support of the motion, Goertz would show the following:

This is a Section 1983 case brought by a death row inmate, Plaintiff–Appellant Rodney Reed, challenging Texas's postconviction DNA testing statute. The case is on remand from the Supreme Court following reversal of this Court's timeliness decision. *Reed v. Goertz*, 143 S. Ct. 955, 962 (2023). Thereafter, the Court granted Reed's request for supplemental briefing. Unpublished Order 1, ECF No. 100-2. Reed filed his supplemental brief on July 3, 2023. Goertz's responsive supplemental brief is due August 2, 2023. Goertz seeks an additional thirty days to file

his responsive supplemental brief, up to and including September 1, 2023.

The need for an extension comes from the undersigned's responsibilities in other death penalty cases, along with the need for peer review. Primarily, when Goertz's deadline was triggered, the undersigned was knee-deep in drafting an answer in another death penalty case. The answer, near 200 pages and synthesizing a sizeable record reflecting about two decades' worth of litigation, was filed on July 24, 2023. Resp't Lumpkin's Answer, *Joubert v. Lumpkin*, No. 13-3002 (S.D. Tex. July 24, 2023), ECF No. 83.[1] Federal habeas answers in capital cases are intensive, all-consuming matters that make it difficult to set them aside once started. Given how far along the undersigned was in drafting an answer, given that an already-extended deadline was looming, and given that Joubert's litigation was initiated well before

---

[1]     The deadline in *Joubert* had been extended multiple times partly because the undersigned had filed another capital federal habeas answer in May 2023, *Williams v. Lumpkin*, No. 3:20-cv-3030-N (N.D. Tex. May 11, 2023), ECF No. 92, which deadline was extended in part because of another capital federal habeas answer filed in November 2022, *Tong v. Lumpkin*, H-10-2355 (S.D. Tex. Nov. 23, 2022), ECF No. 92, and a capital state habeas answer filed in October 2022, *Ex parte Gonzales*, No. 04-02-0901-CR (454th Dist. Ct. Medina County, Tex. Oct. 27, 2022). This particular cluster of capital answers, four an about a half year, is singular in the undersigned's decade-plus capital practice.

Reed's (at least in this case), the undersigned lost most of the time provided under the current schedule to prepare Goertz's responsive supplemental brief. This delay has also made it impossible to complete the supplemental responsive brief with enough time to subject it to peer review in accordance with agency policy.

In addition, the undersigned is a supervisor of multiple federal habeas attorneys engaged in capital litigation, is a special appellate attorney to his office's trial prosecutors and maintains a full capital federal habeas caseload. These first two positions add administrative, review, and advisory responsibilities on top of the undersigned's own case work. Since the deadline for Goertz began, the undersigned has participated in drafting a petition for en banc rehearing, moved to dismiss, and reviewed a filing in capital federal habeas cases, provided legal advice to trial prosecutors on a half dozen occasions, some in capital cases, and reviewed two other state court filings. Further, the undersigned is the principal appellate attorney assigned to one of the office's capital murder cases where the State is seeking a death sentence and it is scheduled to go to trial in about two months, meaning that the pretrial litigation is in the process of concluding and requiring the

undersigned's immediate attention (including multiple pretrial hearings over the next few weeks). All this work has thereby prevented the undersigned from finishing a helpful and thorough supplemental responsive brief, and the undersigned respectfully asks for another thirty days to complete that task.

## CONCLUSION

For the above reasons, Goertz respectfully requests that the deadline for his responsive supplemental brief be extended to September 1, 2023.

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Matthew Ottoway
MATTHEW OTTOWAY
Assistant Attorney General
Texas Bar No. 24047707
   *Counsel of Record*

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1600
matthew.ottoway@oag.texas.gov

*Attorneys for Defendant–Appellee Goertz*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Parker Rider-Longmaid, counsel for Plaintiff–Appellant, regarding the foregoing motion and he stated he was not opposed.

<u>s/ Matthew Ottoway</u>
MATTHEW OTTOWAY
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that on July 27, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following attorney of record, who consented in writing to accept the NEF as service of this document by electronic means:

Andrew F. MacRae
MACRAE LAW FIRM PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746

Parker Rider-Longmaid
Hanaa Kahn
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM, LLP
1440 NEW YORK AVE., NW
WASHINGTON DC 20005

Cliff Gardner
Michelle L. Davis
Nicole A. DiSalvo
Gregory P. Ranzini
Peyton V. Carper
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM, LLP
920 N. King Street
Wilmington, Delaware 19801

s/ Matthew Ottoway
MATTHEW OTTOWAY
Assistant Attorney General

## CERTIFICATE OF COMPLIANCE

This brief complies with Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. It contains 710 words, Microsoft Word for Office 365, Century Schoolbook, 14 points.

s/ Matthew Ottoway
MATTHEW OTTOWAY
Assistant Attorney General

## ELECTRONIC CASE FILING CERTIFICATIONS

I do hereby certify that: (1) all required privacy redactions have been made; (2) this electronic submission is an exact copy of the paper document; and (3) this document has been scanned using the most recent version of a commercial virus scanning program and is free of viruses.

s/ Matthew Ottoway
MATTHEW OTTOWAY
Assistant Attorney General