# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 23, 2024

Mr. Travis Golden Bragg
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548
Austin, TX 78711


Mr. Parker Andrew Rider-Longmaid
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
1440 New York Avenue, N.W.
Washington, DC 20005


    No. 19-70022   Reed v. Goertz
                    USDC No. 1:19-CV-794


Dear Counsel,

Please be advised that the oral argument scheduled for August 6, 2024, has been postponed until further notice.

Please acknowledge receipt of this notice via email to the courtroom deputy, kim_pollard@ca5.uscourts.gov


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Charles Whitney*

                    By: _____
                    Charles B. Whitney, Deputy Clerk
                    504-310-7679


cc:
    Ms. Michelle L. Davis
    Mr. Philip Devlin
    Ms. Nicole Andrea DiSalvo
    Mr. Cliff C. Gardner
    Ms. Ann Hahn
    Mr. Jason Michael Liberi
    Mr. Andrew Fairles MacRae

Mr. Matthew Dennis Ottoway
Ms. Gwendolyn Suzanne Vindell
Mr. Robert Alan Weber