# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 1, 2025
Lyle W. Cayce
Clerk

No. 19-70022

Rodney Reed,

    *Plaintiff—Appellant*,

versus

Bryan Goertz, *Bastrop County District Attorney*; Steve McCraw, *Texas Department of Public Safety*; Sara Loucks, *Bastrop County District Clerk*; Maurice Cook, *Bastrop County Sheriff*,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-794
_____

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before Elrod, *Chief Judge,* Jones, and Higginson, *Circuit Judges*.

J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear their own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.