# United States Court of Appeals for the Fifth Circuit

No. 19-70022

United States Court of Appeals
Fifth Circuit

**FILED**

June 3, 2025

Lyle W. Cayce
Clerk

Rodney Reed,

*Plaintiff—Appellant*,

*versus*

Bryan Goertz, *Bastrop County District Attorney*; Steve McCraw, *Texas Department of Public Safety*; Sara Loucks, *Bastrop County District Clerk*; Maurice Cook, *Bastrop County Sheriff*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-794

## ON PETITION FOR REHEARING AND REHEARING EN BANC

Before Elrod, *Chief Judge,* and Jones and Higginson, *Circuit Judges.*

Per Curiam:

The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 40 and 5th Cir. R. 40), the petition for rehearing en banc is DENIED.

No. 19-70022

_____

*Judge Andrew S. Oldham, did not participate in the consideration of the rehearing en banc.