# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-70022   Reed v. Goertz
                   USDC No. 1:19-CV-794

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary Frances Yeager, Deputy Clerk
                            504-310-7686

Mr. Travis Golden Bragg
Ms. Michelle L. Davis
Ms. Nicole Andrea DiSalvo
Mr. Cliff C. Gardner
Ms. Ann Hahn
Ms. Hanaa Khan
Ms. Sarah Leitner
Mr. Jason Michael Liberi
Mr. Andrew Fairles MacRae
Mr. Matthew Dennis Ottoway
Mr. Jeremy Patashnik
Mr. Raza Rasheed
Mr. Parker Andrew Rider-Longmaid
Ms. Gwendolyn Suzanne Vindell
Mr. Robert Alan Weber