# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 11, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 19-70022   Reed v. Goertz
                       USDC No. 1:19-CV-794

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Mary Frances Yeager, Deputy Clerk
                               504-310-7686

cc:  Mr. Travis Golden Bragg
     Ms. Michelle L. Davis
     Ms. Nicole Andrea DiSalvo
     Mr. Cliff C. Gardner
     Ms. Ann Hahn
     Ms. Hanaa Khan
     Ms. Sarah Leitner
     Mr. Jason Michael Liberi
     Mr. Andrew Fairles MacRae
     Mr. Matthew Dennis Ottoway
     Mr. Jeremy Patashnik
     Mr. Raza Rasheed
     Mr. Parker Andrew Rider-Longmaid
     Ms. Gwendolyn Suzanne Vindell
     Mr. Robert Alan Weber