No. 19-70022

In the

# United States Court of Appeals
## for the Fifth Circuit

RODNEY REED,

        *Plaintiff-Appellant*,

v.

BRYAN GOERTZ,

        *Defendant-Appellee*.

On Appeal from the United States District Court for the
Western District of Texas, No. 1:19-cv-794
Hon. Lee Yeakel, *United States District Judge*

**UNOPPOSED MOTION FOR SARAH LEITNER TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT RODNEY REED**

| | |
|---|---|
| Cliff C. Gardner | Parker Rider-Longmaid |
| Michelle L. Davis |   *Counsel of Record* |
| SKADDEN, ARPS, SLATE, | Hanaa Khan |
|   MEAGHER & FLOM LLP | SKADDEN, ARPS, SLATE, |
| 920 N. King St. |   MEAGHER & FLOM LLP |
| Wilmington, DE 19801 | 1440 New York Ave., NW |
| | Washington, DC 20005 |
| Barry C. Scheck | Telephone: 202-371-7000 |
| Jane Pucher | parker.rider-longmaid@skadden.com |
| THE INNOCENCE PROJECT | |
| 40 Worth St., Ste. 701 | Jeremy Patashnik |
| New York, NY 10013 | Sarah Leitner |
| | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| Andrew F. MacRae | One Manhattan West |
| MACRAE LAW FIRM PLLC | New York, NY 10001 |
| 3267 Bee Cave Rd., Ste. 107, | |
|   PMB 276 | |
| Austin, TX 78746 | |

*Counsel for Plaintiff-Appellant Rodney Reed*

# UNOPPOSED MOTION FOR SARAH LEITNER TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT RODNEY REED

Sarah Leitner hereby moves to withdraw as counsel for Rodney Reed in this matter. Sarah Leitner is departing Skadden, Arps, Slate, Meagher & Flom LLP to begin employment as a judicial law clerk. The other undersigned counsel will continue to represent Rodney Reed in this matter. Counsel has contacted counsel for Goertz, who does not oppose this motion. *See* 5th Cir. R. 27.4. Accordingly, Sarah Leitner respectfully requests that this Court grant her leave to withdraw as counsel.

| | |
|---|---|
| Dated: January 15, 2026 | Respectfully submitted, |
| | /s/ Sarah Leitner |
| Cliff C. Gardner | Parker Rider-Longmaid |
| Michelle L. Davis | *Counsel of Record* |
| SKADDEN, ARPS, SLATE, | Hanaa Khan |
|   MEAGHER & FLOM LLP | SKADDEN, ARPS, SLATE, |
| 920 N. King St. |   MEAGHER & FLOM LLP |
| Wilmington, DE 19801 | 1440 New York Ave., NW |
| | Washington, DC 20005 |
| Barry C. Scheck | Telephone: 202-371-7000 |
| Jane Pucher | parker.rider-longmaid@skadden.com |
| THE INNOCENCE PROJECT | |
| 40 Worth St., Ste. 701 | Jeremy Patashnik |
| New York, NY 10013 | Sarah Leitner |
| | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| Andrew F. MacRae | One Manhattan West |
| MACRAE LAW FIRM PLLC | New York, NY 10001 |
| 3267 Bee Cave Rd., Ste. 107, | |
|   PMB 276 | |
| Austin, TX 78746 | |

*Counsel for Plaintiff-Appellant Rodney Reed*

# CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 78 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: January 15, 2026

*/s/ Sarah Leitner*
Sarah Leitner
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
212-735-3000
sarah.leitner@skadden.com

*Counsel for Plaintiff-Appellant
  Rodney Reed*

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: January 15, 2026

*/s/ Sarah Leitner*
Sarah Leitner
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
212-735-3000
sarah.leitner@skadden.com

*Counsel for Plaintiff-Appellant
  Rodney Reed*